1

2                                                                          JS-6/Enter

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10   KARCHON JACKSON,                    )   Case No. CV 09-376 AN
                                         )
11            Plaintiff,                 )   JUDGMENT
                                         )
12        v.                             )
                                         )
13   M I C H A E L   J .   A S T R U E , )
     COMMISSIONER OF THE SOCIAL          )
14   SECURITY ADMINISTRATION,            )
                                         )
15            Defendant.                 )
                                         )
16

17        For the reasons set forth in the accompanying Order, it is hereby ADJUDGED AND

18   DECREED THAT the Commissioner's final decision is affirmed and that this action is

19   dismissed with prejudice.

20

21   DATED:  September 30, 2009

22                                    _____
                                             ARTHUR NAKAZATO
                                      UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28